ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: edthomas@littler.com
          ddickinson@littler.com

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a
REPUBLIC SERVICES OF SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>          Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; REPUBLIC SERVICES OF SOUTHERN NEVADA,<br><br>          Defendants. | Case No. 2:21-cv-01693-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff MICHAEL MILLER ("Plaintiff") and Defendant REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, ("Defendant") by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file a response to the Amended Complaint by three (3) weeks from November 30, 2021, up to and including **December 21, 2021**.  This is the first request for an extension of time to respond to the Amended Complaint.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained.  The additional time will allow defense counsel to investigate the allegations in the Amended Complaint and prepare a response to the Amended Complaint.

///

The instant request is made in good faith and not for the purpose of delay.

Dated: November 23, 2021

Respectfully submitted,

*/s/ Trevor J. Hatfield, Esq.*
TREVOR J. HATFIELD, ESQ.

*Attorneys for Plaintiff*
MICHAEL MILLER

Dated: November 23, 2021

Respectfully submitted,

*/s/ Diana G. Dickinson, Esq.*
ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC.
d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA

**IT IS SO ORDERED.**

Dated: November 24, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4864-9060-3012.1 / 068119-1000

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2