TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, a domestic not for profit corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:21-cv-01693-RFB-NJK<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STAY DISCOVERY PENDING DISPOSITION OF MOTION TO DISMISS** |

COMES NOW, Plaintiff MICHAEL MILLER (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, (hereinafter "Defendant"), by and through its counsel, Richard McCracken, Esq., of the law firm of McCracken, Stemerman & Holsberry do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Stay Discovery Pending Disposition of Motion to Dismiss [ECF #23] and the time for Defendant to Reply to Plaintiff's Response to be adjusted accordingly. This is the first stipulation for extension of time to file a response to Defendant's motion. Defendant's motions was filed on November 24, 2021.

The reason for the request is due to Plaintiff's Counsel's attendance at a lengthy Settlement Conference today. The parties stipulate that Plaintiff's counsel shall have up to and including

1

December 10, 2021 to respond to Defendant's Motion to Stay Discovery Pending Disposition of Defendant's Motion to Dismiss

This request is submitted pursuant to LR IA 6-1, 6-2, and LR II 7-1. It is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion to Stay Discovery.

Accordingly, Plaintiff requests until November 10, 2021 to file a response to Defendant's Motion to Stay Discovery.

Dated this 8th day of December, 2021.               Dated this 8th day of December, 2021.

**HATFIELD & ASSOCIATES, LTD.**                    **MCCRACKEN, STEMERMAN & HOLSBERRY**

  */s/ Trevor J. Hatfield*
By: _____                    */s/ Richard G. McCracken*
Trevor J. Hatfield, Esq., SBN 7373                 BY: _____
703 S. Eighth Street                               Richard G. McCracken, SBN#2748
Las Vegas, Nevada 89101                            1630 S. Commerce Street, Suite A-1
Tel.: (702) 388-4469                               Las Vegas, NV 89102
Fax:  (702) 386-9825                               Phone: (702) 386-5107
Email: thatfield@hatfieldlawassociates.com         Fax: (702) 386-9848
*Attorneys for Plaintiff*                          Email:  rmccracken@msh.law
                                                   *Attorneys for Defendant International*
                                                   *Brotherhood of Teamsters, Local 631*

## ORDER

The parties' stipulation, Docket No. 26, is **GRANTED**.  Plaintiff must respond to Defendant's motion to stay discovery no later than December 10, 2021.  Any reply must be filed no later than December 17, 2021.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 9, 2021

2