ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email: edthomas@littler.com
       ddickinson@littler.com

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a
REPUBLIC SERVICES OF SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; REPUBLIC SERVICES OF SOUTHERN NEVADA,<br><br>    Defendants. | Case No. 2:21-cv-01693-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO OPERATIVE COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff MICHAEL MILLER ("Plaintiff") and Defendant REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, ("Defendant") by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file a response to the operative complaint by fourteen (14) days from either (1) the filing of the Second Amended Complaint or (2) the denial of Plaintiff's Motion for Leave to Amend. This is the second request for an extension of time to respond to the Amended Complaint. After Defendant filed the first request for an extension (**ECF No. 21**), Plaintiff filed a Motion for Leave to Amend (**ECF No. 25**). As of the date of this stipulation, no opposition to Plaintiff's Motion for Leave to Amend has been filed.

As Defense counsel was recently retained in this case, this extension is necessary to provide additional time for Defense counsel to prepare a response to the operative Complaint. Additionally, given that no opposition to the Motion for Leave to Amend has been filed, and in an effort to conserve resources, the parties agree to the time prescribed in FRCP 15(a)(3) to respond to an amended pleading. *See* FRCP 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.").

The instant request is made in good faith and not for the purpose of delay.

| Dated: December 17, 2021 | Dated: December 17, 2021 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Trevor J. Hatfield, Esq. | /s/ Diana G. Dickinson, Esq. |
| TREVOR J. HATFIELD, ESQ. | ETHAN D. THOMAS, ESQ.<br>DIANA G. DICKINSON, ESQ.<br>LITTLER MENDELSON, P.C. |
| *Attorneys for Plaintiff*<br>MICHAEL MILLER | *Attorneys for Defendant*<br>REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA |

**IT IS SO ORDERED.**

Dated: December 20, 2021 .

_____
UNITED STATES DISTRICT JUDGE

4892-4478-9255.1 / 068119-2312