# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL MILLER,

    Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, et al.,

    Defendants.

Case No. 2:21-cv-01693-RFB-NJK

**Order**

[Docket No. 23, 25]

    Pending before the Court is Plaintiff's motion for leave to amend his amended complaint. Docket No. 25. No response was filed. *See* Docket. Accordingly, Plaintiff's motion, Docket No. 25, is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Plaintiff must promptly file and serve his second amended complaint.

    Also pending before the Court is a motion to stay discovery filed by Defendant International Brotherhood of Teamsters, Local 631. Docket No. 23. Defendant's motion to stay discovery relates to a prior complaint. Accordingly, Defendant's motion to stay discovery, Docket No. 23, is **DENIED**.

    IT IS SO ORDERED.

    Dated: December 20, 2021

                                            Nancy J. Koppe
                                            United States Magistrate Judge