# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 631, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-01693-RFB-NJK<br><br>**Order**<br><br>[Docket No. 67] |

Plaintiff filed a notice of Rule 26(f) conference. Docket No. 67.[1] Discovery-related documents may not be filed unless ordered by the Court. *See* Local Rule 26-7; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: August 16, 2022

                                                                    _____
                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge

---

[1] Upon review of the document, although filed in this case, it appears to relate to a different case that was initiated in 2019.

1