# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 631, et al.,<br><br>        Defendants. | Case No.: 2:21-cv-01693-RFB-NJK<br><br>**Order**<br><br>[Docket No. 68] |

Plaintiff filed a corrected image of a notice of Rule 26(f) conference.  Docket No. 68.  Discovery-related documents may not be filed unless ordered by the Court.  *See* Local Rule 26-7; *see also* Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

        IT IS SO ORDERED.

        Dated: August 17, 2022

                                                        _____
                                                        Nancy J. Koppe
                                                        United States Magistrate Judge

1