ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:   702.862.8811
Email: edthomas@littler.com
    ddickinson@littler.com

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a
REPUBLIC SERVICES OF SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; REPUBLIC SERVICES OF SOUTHERN NEVADA,<br><br>  Defendants. | Case No. 2:21-cv-01693-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWERS TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff MICHAEL MILLER ("Plaintiff") and Defendants INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631 and REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA ("Defendants"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendants to file an answer to the operative complaint from the current deadline of August 26, 2022, for two weeks, up to and including **September 9, 2022.**

This is the first request for an extension of time to file an answer. On August 12, 2022, the Court held a hearing on Defendants' Motions to Dismiss and denied the motions. ECF No. 66. Pursuant to FRCP 15(a)(3), an answer is due 14 days after the denial of the motions to dismiss. The requested extension is necessary because defense counsel needs additional time to prepare the

Answers and have various other commitments that will prevent completion of the same within the current deadline.

The instant request is made in good faith and not for the purpose of delay.

Dated: August 23, 2022

Respectfully submitted,

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.

*Attorneys for Plaintiff*
MICHAEL MILLER

Dated: August 23, 2022

Respectfully submitted,

/s/ Sarah Grossman-Swenson
RICHARD G. MCCRACKEN, ESQ.
SARAH GROSSMAN-SWENSON, ESQ.
MCCRACKEN, STEMERMAN & HOLSBERRY

*Attorneys for Defendant*
INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 631

Dated: August 23, 2022

Respectfully submitted,

ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA

**IT IS SO ORDERED.**

Dated: __August 23__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4856-8848-3119.1 / 068119-2312