LIPSON NEILSON P.C.
Joseph P. Garin (Bar No. 6653)
Angela T. Nakamura Ochoa (Bar No. 10164)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

*Attorneys for Third-Party Defendants*
*Jeffrey Wohlner and*
*Wohlner Kaplon Cutler Halford*
*Rosenfeld & Levy, P.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, REPUBLIC SERVICES OF SOUTHERN NEVADA, DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>_____<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>JEFFREY WOHLNER, WOHLNER KAPLON CUTLER HALFORD ROSENFELD & LEVY, P.C.,<br><br>　　　　　Third-Party Defendants.<br>_____ | Case No.: 2:21-cv-01693-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO THIRD PARTY COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff, International Brotherhood of Teamsters, Local 631, Republic Services of Southern Nevada, and Third-Party Defendants Jeffrey Wohlner and Wohlner Kaplon Cutler Halford Rosenfeld

& Levy, P.C. *("Third-Party Defendants")*, by and through their respective counsel, that Third-Party Defendants shall have through and including **December 31, 2022**, within which to file and serve their Answer or other response to Third-Party Plaintiff's Third-Party Complaint (ECF No. 78). This is the parties' first request for extension from the original due date of November 22, 2022.

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the extension of time is that Third-Party Defendants' counsel has been recently retained to represent Third-Party Defendants. The parties have entered into an agreement in good faith and not for purposes of delay.

| | |
|---|---|
| DATED this 22nd of November, 2022 | DATED this 22nd of November, 2022 |
| McCRACKEN, STEMERMAN & HOLSBERRY | LIPSON NEILSON P.C. |
| By:/s/ *Sarah Grossman-Swenson* <br> RICHARD G. McCRACKEN, ESQ. <br> Nevada Bar No. 2748 <br> SARAH GROSSMAN-SWENSON, ESQ. <br> Nevada Bar No. 11979 <br> 1630 South Commerce Street, Suite A-1 <br> Las Vegas, Nevada 89102 | By: /s/ *Angela Nakamura Ochoa* <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> ANGELA T. NAKAMURA OCHOA <br> Nevada Bar No. 10164 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> jgarin@lipsonneilson.com <br> aochoa@lipsonneilson.com |
| *Attorneys for Defendant/Third-Party Plaintiff International Brotherhood of Teamsters Local 631* | *Attorneys for Third-Party Defendants Jeffret Wohlner and Wohlner Kaplom Cutler Halford Rosenfeld & Levy, P.C.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __November 23, 2022__

- 2 -