# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 631, et al.,<br><br>　　　Defendants. | Case No. 2:21-cv-01693-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 93, 94] |

　　　Pending before the court is the parties' stipulation to schedule a settlement conference. Docket No. 93. The parties' stipulation asks the Court to set a global settlement conference for this case and *Miller v. Republic Silver State Disposal, Inc.*, 2:21-cv-01031-RFB-EJY ("related case"). A global settlement conference has been scheduled before United States Magistrate Judge Elayna J. Youchah. Docket No. 95. Accordingly, the parties' stipulation to schedule a settlement conference is **DENIED** as moot. Docket No. 93.

　　　Also pending before the Court is the parties' stipulation to stay discovery. Docket No. 94. The Court has broad discretionary power to control discovery. *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). The Court's exercise of discretion in deciding whether to stay discovery is guided by the overarching principles identified in Rule 1 of the Federal Rules of Civil Procedure to strive for the just, speedy, and inexpensive resolution of cases. *E.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011)). The parties submit that staying discovery is appropriate here to avoid duplicative discovery between this case and the related case until the pending motion to consolidate cases is resolved, or a resolution is reached at the scheduled global settlement conference. Docket No. 94 at 2. Considering the guiding principles of Rule 1, the Court finds a

stay of discovery is appropriate in this case.

Accordingly, the parties' stipulation to stay discovery is **GRANTED**. Docket No. 94. In the event the parties are unable to resolve this case at the global settlement conference or after the resolution of the pending motion to consolidate, whichever is later, a joint proposed discovery plan must be filed within 14 days of either occurrence.

IT IS SO ORDERED.

Dated: March 3, 2023

Nancy J. Koppe
United States Magistrate Judge