ETHAN D. THOMAS, ESQ.
Bar No. 12874
DIANA G. DICKINSON, ESQ.
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email: edthomas@littler.com
       ddickinson@littler.com

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a
REPUBLIC SERVICES OF SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; REPUBLIC SERVICES OF SOUTHERN NEVADA,<br><br>　　　　Defendants. | Case No. 2:21-cv-01693-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>JEFFREY WOHLNER, WOHLNER KAPLON CUTLER HALFORD ROSENFELD & LEVY, P.C.,<br><br>　　　　Third-Party Defendants. | |

　　　　Defendant REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, Defendant and Third-Party Plaintiff INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, Third-Party Defendants JEFFREY WOHLNER and WOHLNER KAPLON CUTLER HALFORD ROSENFELD & LEVY, P.C., and

Plaintiff MICHAEL MILLER, by and through their counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated: July 5, 2023

*/s/ Trevor J. Hatfield*
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

*Attorney for Plaintiff*
MICHAEL MILLER

Dated: July 5, 2023

*/s/ Diana G. Dickinson*
ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC.
d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA

Dated: July 5, 2023

*/s/ Sarah Grossman-Swenson*
RICHARD G. MCCRACKEN, ESQ.
SARAH GROSSMAN-SWENSON, ESQ.
MCCRACKEN, STEMERMAN & HOLDBERRY

*Attorneys for Defendant/Third-Party Plaintiff*
INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 631

Dated: July 5, 2023

*/s/ Angela Nakamura Ochoa*
JOSEPH P. GARIN, ESQ.
ANGELA NAKAMURA OCHOA, ESQ.
LIPSON NEILSON P.C.

*Attorneys for Third-Party Defendants*
JEFFREY WOHLNER and WOHLNER KAPLON CUTLER HALFORD ROSENFELD & LEVY, P.C.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of July, 2023.

4873-4480-9572.1 / 068119-2312